

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN, <br><br> Petitioner, <br><br> v. <br><br> MATTHEW CATE, Secretary, et al., <br><br> Respondents. | Civil No.   12cv2387-BEN (BLM) <br><br> **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, which is duplicative of a Petition he is currently pursuing in this Court. Accordingly, the Court **DISMISSES** the instant Petition without prejudice to Petitioner to proceed with his claims in his first-filed pending action.

In the instant Petition, Gann challenges his San Diego County Superior Court conviction for murder in case number SCD207862, and the resultant sentence of 25 years to life. (Pet. at 1.) Petitioner already has a petition for habeas corpus pending before this Court in which he challenges the same San Diego Superior Court conviction in case number SCD207862, in which he raises the same claims. (See Gann v. Frieden, et al., So.Dist.Ca.Civil Case No. 11cv1418-JAH (WMc)[ECF No. 1].) In that case, Petitioner has filed a Motion for Stay and Abeyance which is currently pending. (Id. [ECF No. 4].) The Court may dismiss a duplicative petition if it "merely repeats pending or previously litigated claims." Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted). Because the current Petition merely repeats claims

already raised in So.Dist.Ca.Civil Case No. 11cv1418-JAH (WMc), the instant Petition is **DISMISSED** as duplicative.

## **CONCLUSION**

Based on the foregoing, the instant Petition is **DISMISSED** as duplicative. The dismissal is without prejudice to Petitioner to proceed with the claims presented in the instant Petition in So.Dist.Ca.Civil Case No. 11cv1418-JAH (WMc).

**IT IS SO ORDERED.**

DATED: 10/9/2012

Roger T. Benitez
United States District Judge